IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

KIMBERLY JUNE COX                                                                    PLAINTIFF

     v.                              CIVIL NO. 11-2210

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                       DEFENDANT

## O R D E R

    Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis* ("IFP"). ECF Nos. 1, 2. The court finds that more information is necessary to rule on Plaintiff's IFP motion.

    Plaintiff's IFP application indicates that she is married, but does not state if her husband is employed, and if so, the nature of his employment and income. ECF No. 2, at 2. As such, Plaintiff's IFP application will be returned to counsel with directions to provide more specific information regarding Plaintiff's husband's employment, if any, and his financial contribution. Plaintiff is directed to file her amended IFP application by **November 18, 2011.** Should Plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

    IT IS SO ORDERED this 4th day of November 2011.

                                                /S/ *J. Marschewski*
                                                HON. JAMES R. MARSCHEWSKI
                                                CHIEF U.S. MAGISTRATE JUDGE